## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Michael William Mueller<br>Lisa Jeannine Mueller<br><br>Debtors. | Case No.: 26-12574-MER<br><br>Chapter 7 |

### NOTICE OF EXAMINATION OF THE DEBTORS
### PURSUANT TO FED. R. BANKR. P. 2004

To:    Michael William Mueller and
       Lisa Jeannine Mueller

PLEASE TAKE NOTICE THAT, the United States Trustee, by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 2004 and 2016 and the Court's Order Authorizing the Examination of the Debtors, will conduct the EXAMINATION of **Michael William Mueller and Lisa Jeannine Mueller** on **Wednesday, September 2, 2026, at 9:00 a.m.** This examination under Rule 2004 is being taken using a video connection before a court reporter who is not in the same location as the witness. The United States Trustee will therefore request, prior to testimony, that the parties stipulate that the examination may be taken remotely before the court reporter, with the same effect as under Fed. R. Bankr. P. 7029 and 9014. The examination may be recorded by video and/or by stenographic means, and a transcript may be completed by the court reporter regarding the examination. The United States Trustee's Subpoena related to appearance of Debtors and Document request is served upon Debtors and counsel with this notice by U.S. Mail.

The U.S. Trustee requests **Debtors** produce documents pursuant to the attached subpoena no later than **August 26, 2026.**

Dated: July 22, 2026

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

*/s/ Paul Moss*
By: Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
Paul.Moss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2026, I have placed a true and correct copy of the **NOTICE OF EXAMINATION OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2004, Order Authorizing 2004 Examination of Debtor, Exhibit 1 – Document Request, Subpoena and Waiver of Service** in the United States mail, proper postage prepaid, addressed to the following:

Michael William Mueller
Lisa Jeannine Mueller
265 Willowick Circle
Highlands Ranch, CO 80129

Todd Wagner
3969 E. Arapahoe Rd.
Ste. 200
Centennial, CO 80122

In addition, service of the Notice was provided electronically via CM/ECF on the following parties (and any other party requesting service in this case through CM/ECF) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Todd Wagner; via CM/ECF
- Trustee Simon E. Rodriguez; via CM/ECF

/s/    Paul Moss
Office of the United States Trustee